**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Plaintiff,

vs.

MEDIARING.COM, INC.,
a California corporation,

Defendant.

Court File No. 00-CV-1539 ADM/RLE

**STIPULATION**
and
ORDER

---

**STIPULATION**

Plaintiff Multi-Tech Systems, Inc. ("Multi-Tech") and defendant MediaRing.com, Inc. ("MediaRing") by and through their undersigned counsel hereby stipulate and agree as follows:

WHEREAS, defendant MediaRing has served its Prior Art Statement within the time prescribed under the Court's Pretrial Order;

WHEREAS, MediaRing's Prior Art Statement includes approximately 700 separate references;

WHEREAS, at the time Multi-Tech received MediaRing's Prior Art Statement, Multi-Tech had received few, if any, copies of the references included in the Prior Art Statement;

WHEREAS, Multi-Tech has made a request to MediaRing, with which MediaRing has agreed to comply, for production of copies of all the available references cited in defendant's Prior Art Statement; and

WHEREAS, MediaRing produced copies of available references in MediaRing's possession, custody or control on March 30, 2001;

APR 2 0 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2278968.1

(19)

NOW, THEREFORE, the parties have stipulated and agreed that they will measure the 30-day period prescribed in the Pretrial Order for Multi-Tech to respond to the Prior Art Statement as commencing on March 30, 2001, and Multi-Tech will therefore serve on or before April 29, 2001 its response to defendant's Prior Art Statement.

IT IS SO STIPULATED:

DATED: April 17, 2001.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: Kevin D. Conneely
Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
MULTI-TECH SYSTEMS, INC.

DATED: April _____, 2001.

FENWICK & WEST LLP

By: ______________________________
Darryl M. Woo
Brent K. Yamashita
Lisa M. Arent
Two Palo Alto Square
Palo Alto, California 94306
(650) 494-0600

-and-

Stephen J. Davidson (#21301)
Nicole A. Engisch (#215284)
LEONARD, STREET AND DEINARD
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402-2015
(612) 335-1500

ATTORNEYS FOR DEFENDANT
MEDIARING.COM, INC.

NOW, THEREFORE, the parties have stipulated and agreed that they will measure the 30-day period prescribed in the Pretrial Order for Multi-Tech to respond to the Prior Art Statement as commencing on March 30, 2001, and Multi-Tech will therefore serve on or before April 29, 2001 its response to defendant's Prior Art Statement.

IT IS SO STIPULATED:

DATED: April ____, 2001.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: ____________________
Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
MULTI-TECH SYSTEMS, INC.

DATED: April 10, 2001.

FENWICK & WEST LLP

By: ____________________
Darryl M. Woo
Brent K. Yamashita
Lisa M. Arent
Two Palo Alto Square
Palo Alto, California 94306
(650) 494-0600

-and-

Stephen J. Davidson (#21301)
Nicole A. Engisch (#215284)
LEONARD, STREET AND DEINARD
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402-2015
(612) 335-1500

ATTORNEYS FOR DEFENDANT
MEDIARING.COM, INC.

**APPROVED:**

BY THE COURT:

DATED: 4/20, 2001

Raymond L. Erickson
Magistrate Judge of the U.S. District Court